UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENFORCEMENT SECTION OF THE MASSACHUSETTS SECURITIES DIVISION OF THE OFFICE OF THE SECRETARY OF THE COMMONWEALTH[1]<br><br>Plaintiff,<br><br>v.<br><br>SCOTTRADE, INC.,<br><br>Defendant. | Civil Act. No. 1:18-cv-10508-NMG |

## PLAINTIFF ENFORCEMENT SECTION OF THE MASSACHUSETTS SECURITIES DIVISION'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), the plaintiff Enforcement Section of the Massachusetts Securities Division of the Office of the Secretary of the Commonwealth ("Enforcement Section") moves to remand the above-captioned case, which it initially brought at the agency level before the Securities Division, because the strict requirements of the removal statute have not been met. *See* 28 U.S.C. § 1441(a). As grounds for its Motion, the Enforcement Section states that its state-law claims before the Securities Division are not ones over which this Court "would have original jurisdiction," 28 U.S.C. § 1441(a), and that they were not initially "brought in a state court," *id*. For further elaboration on these grounds, the Enforcement Section respectfully refers

---

[1] The defendant has erroneously captioned the plaintiff in this case. In the state administrative proceeding that was removed, the initiating party in the Administrative Complaint (*i.e*., the plaintiff) was the Enforcement Section of the Massachusetts Securities Division. *See* Adm. Compl. (Notice of Removal Exh. 1) pp. 1, 5, 19, ¶¶ 2, 4, 96, 99. The Enforcement Section should have continued to be the named plaintiff in the caption of the case in this Court upon its removal, and that error is corrected above.

the Court to the accompanying Plaintiff Enforcement Section of the Massachusetts Securities Division's Memorandum of Law in Support of its Motion to Remand.

By its attorneys,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Pierce O. Cray
Pierce O. Cray, BBO # 104630
Amanda I. Morejon, BBO # 696737
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 963-2084/2037
Pierce.Cray@state.ma.us
Amanda.Morejon@state.ma.us

Dated: April 13, 2018

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for the plaintiff Enforcement Section certifies that on April 12, 2018, he conferred with counsel for the defendant, Christian Bartholomew, Esq., and attempted in good faith to resolve or narrow the issues in dispute.

/s/ Pierce O. Cray
Pierce O. Cray, BBO No. 104630
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Amanda I. Morejon, Assistant Attorney General, hereby certify that the foregoing document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2018.

/s/ Amanda I. Morejon
Amanda I. Morejon, BBO # 696737
Assistant Attorney General